B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>District of Connecticut | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Zerodraft Insulation LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA East Coast Contractors & Zerodraft of Connecticut,<br>LLC; FDBA East Coast Contractors, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-2102831** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
|---|---|
| Street Address of Debtor (No. and Street, City, and State):<br>**1085 Connecticut Avenue<br>Bridgeport, CT**<br><br>ZIP Code **06607** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fairfield** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                                          **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Zerodraft Insulation LLC** |

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | *(To be completed if debtor is an individual whose debts are primarily consumer debts.)* |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ <br> Signature of Attorney for Debtor(s)                    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                    **Page 3**

| Voluntary Petition | Name of Debtor(s):<br>**Zerodraft Insulation LLC** |
|---|---|

*(This page must be completed and filed in every case)*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
  Signature of Debtor

**X** _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Ronald I. Chorches**
_____
Signature of Attorney for Debtor(s)

**Ronald I. Chorches ct08720**
Printed Name of Attorney for Debtor(s)

**Law Offices of Ronald I. Chorches, LLC**
Firm Name

**449 Silas Deane Highway**
**Second Floor**
**Wethersfield, CT 06109**

_____
Address

**Email: ronchorcheslaw@sbcglobal.net**
**860-563-3955  Fax: 860-513-1577**
Telephone Number

**August 28, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Paul E. Paris, Jr.**
_____
Signature of Authorized Individual

**Paul E. Paris, Jr.**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**August 28, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
  Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Connecticut

In re    **Zerodraft Insulation LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101** | **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101** | **credit cards** | | **88,228.73** |
| **DaimlerChrysler Truck Fin**<br>**Mercedes-Benz Fin Serv**<br>**PO Box 5260**<br>**Carol Stream, IL 60197** | **DaimlerChrysler Truck Fin**<br>**Mercedes-Benz Fin Serv**<br>**PO Box 5260**<br>**Carol Stream, IL 60197** | **2012 Mitsubishi FE180 (#64)** | | **45,504.00**<br><br>**(0.00 secured)** |
| **DaimlerChrysler Truck Fin**<br>**Mercedes-Benz Fin Serv**<br>**PO Box 5260**<br>**Carol Stream, IL 60197** | **DaimlerChrysler Truck Fin**<br>**Mercedes-Benz Fin Serv**<br>**PO Box 5260**<br>**Carol Stream, IL 60197** | **2012 Mitsubishi FE125 (#63)** | | **42,516.00**<br><br>**(0.00 secured)** |
| **DaimlerChrysler Truck Fin**<br>**Mercedes-Benz Fin Serv**<br>**PO Box 5260**<br>**Carol Stream, IL 60197** | **DaimlerChrysler Truck Fin**<br>**Mercedes-Benz Fin Serv**<br>**PO Box 5260**<br>**Carol Stream, IL 60197** | **2012 Mitsubishi FE160 (#56)** | | **40,383.00**<br><br>**(0.00 secured)** |
| **Ford Credit**<br>**PO Box 94380**<br>**Palatine, IL 60094** | **Ford Credit**<br>**PO Box 94380**<br>**Palatine, IL 60094** | **2011 Ford F-150 (#59)** | | **34,074.00**<br><br>**(0.00 secured)** |
| **Ford Credit**<br>**PO Box 94380**<br>**Palatine, IL 60094** | **Ford Credit**<br>**PO Box 94380**<br>**Palatine, IL 60094** | **2011 Ford Edge (#60)** | | **33,284.00**<br><br>**(0.00 secured)** |
| **Ford Credit**<br>**PO Box 94380**<br>**Palatine, IL 60094** | **Ford Credit**<br>**PO Box 94380**<br>**Palatine, IL 60094** | **2011 Ford Edge (#62)** | | **32,866.00**<br><br>**(0.00 secured)** |
| **Ford Credit**<br>**PO Box 94380**<br>**Palatine, IL 60094** | **Ford Credit**<br>**PO Box 94380**<br>**Palatine, IL 60094** | **2011 Ford F-150 (#54)** | | **31,888.00**<br><br>**(0.00 secured)** |
| **Ford Credit**<br>**PO Box 94380**<br>**Palatine, IL 60094** | **Ford Credit**<br>**PO Box 94380**<br>**Palatine, IL 60094** | **2011 Ford F-150 (#36)** | | **29,115.00**<br><br>**(0.00 secured)** |
| **Icynene, Corp.**<br>**Dept. #920**<br>**PO Box 8000**<br>**Buffalo, NY 14267** | **Icynene, Corp.**<br>**Dept. #920**<br>**PO Box 8000**<br>**Buffalo, NY 14267** | | | **87,403.76** |
| **Niagara Conservation Corp**<br>**4200 Diplomacy Rd**<br>**Fort Worth, TX 76155** | **Niagara Conservation Corp**<br>**4200 Diplomacy Rd**<br>**Fort Worth, TX 76155** | | | **48,042.48** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Zerodraft Insulation LLC**                              Case No.

                                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Webster Bank<br>PO Box 1809<br>Hartford, CT 06144 | Webster Bank<br>PO Box 1809<br>Hartford, CT 06144 | | | 144,998.53<br><br>(0.00 secured) |
| Webster Bank<br>PO Box 1809<br>Hartford, CT 06144 | Webster Bank<br>PO Box 1809<br>Hartford, CT 06144 | | | 500,000.00<br><br>(0.00 secured) |
| Webster Bank<br>PO Box 1809<br>Hartford, CT 06144 | Webster Bank<br>PO Box 1809<br>Hartford, CT 06144 | | | 348,786.36<br><br>(0.00 secured) |
| Webster Bank<br>PO Box 1809<br>Hartford, CT 06144 | Webster Bank<br>PO Box 1809<br>Hartford, CT 06144 | | | 200,861.11<br><br>(0.00 secured) |
| Wells Fargo Equipment Finance<br>NW-8178<br>PO Box 1450<br>Minneapolis, MN 55485 | Wells Fargo Equipment Finance<br>NW-8178<br>PO Box 1450<br>Minneapolis, MN 55485 | 2007 GMC 7500 (#52) | | 215,484.00<br><br>(0.00 secured) |
| Wells Fargo Equipment Finance<br>NW-8178<br>PO Box 1450<br>Minneapolis, MN 55485 | Wells Fargo Equipment Finance<br>NW-8178<br>PO Box 1450<br>Minneapolis, MN 55485 | 2008 Sterling Acterra (#71) | | 181,619.00<br><br>(0.00 secured) |
| Wells Fargo Equipment Finance<br>NW-8178<br>PO Box 1450<br>Minneapolis, MN 55485 | Wells Fargo Equipment Finance<br>NW-8178<br>PO Box 1450<br>Minneapolis, MN 55485 | 2006 Isuzu NQR Box (#69) | | 140,273.00<br><br>(0.00 secured) |
| Wells Fargo Equipment Finance<br>NW-8178<br>PO Box 1450<br>Minneapolis, MN 55485 | Wells Fargo Equipment Finance<br>NW-8178<br>PO Box 1450<br>Minneapolis, MN 55485 | 2005 Chevy T7500 (#40) | | 73,505.00<br><br>(0.00 secured) |
| Wells Fargo Equipment Finance<br>NW-8178<br>PO Box 1450<br>Minneapolis, MN 55485 | Wells Fargo Equipment Finance<br>NW-8178<br>PO Box 1450<br>Minneapolis, MN 55485 | 2007 Hino (#45) | | 45,734.00<br><br>(0.00 secured) |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Zerodraft Insulation LLC**                                                    Case No.
                             Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **August 28, 2012**                                    Signature    **/s/ Paul E. Paris, Jr.**
                                                                            **Paul E. Paris, Jr.**
                                                                            **Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

A & A Office System Inc PA
PO Box 41602
Philadelphia, PA 19101


A&A Office Systems, Inc.
909 Middle Street
Middletown, CT 06457


ADO Products
PO Box 236
Rogers, MN 55374


Advanced Fiber Technology
100 Crossroads Blvd
Bucyrus, OH 44820


All Waste
PO Box 2472
Hartford, CT 06146


American Express
PO Box 1270
Newark, NJ 07101


American Ladders & Scaffords
129 Kreiger Lane
Glastonbury, CT 06033


AT&T Advertising Solution
PO Box 5010
Carol Stream, IL 60197-5010


Berkshire Alarm
PO Box 879
Litchfield, CT 06759


Boston Lead Co, LLC
Env Training & Assessment
62 Washington Street
Middletown, CT 06457

Charles Rhoades
119 Rowley Street
Winsted, CT 06098


Colony Hardware Supply Co Inc
269 South Lambert Road
Orange, CT 06477


Connecticut Magazine
PO Box 1877
Albany, NY 12201


Critical Screenprinting &
Embroidery LLC
1068 Hartford Turnpike
Waterford, CT 06385


CT Dept of Labor
Adminstrator Unemployment Comp
Dept. 417329
PO Box 2905
Hartford, CT 06104


CWPM, LLC
25 Norton Place
PO Box 415
Plainville, CT 06062


DaimlerChrysler Truck Fin
Mercedes-Benz Fin Serv
PO Box 5260
Carol Stream, IL 60197


De Lage Landen Equip. Finance
P O Box 41602
Philadelphia, PA 19101


E Verifile.com
900 Circle 75 Parkway
Suite 1550
Waterford, CT 06385


Emergency One
40 Hurley Avenue, Suite 4
Kingston, NY 12401

Fiber America
7072 Snowdrift Rd
Allentown, PA 18106


Ford Credit
PO Box 94380
Palatine, IL 60094


Grainger
Dept. 871241782
Palatine, IL 60038


Great America Leasing Corp
PO Box 660831
Dallas, TX 75266


Harleysville Processing Center
PO Box 37712
Philadelphia, PA 19101


Hilti Fleet Management
5400 South 122nd East Ave
Tulsa, OK 74146


Hilti Inc.
PO Box 382002
Pittsburgh, PA 15250


Home Energy Magazine
1250 Addison Street
Suite 211B
Berkeley, CA 94702


HRBA of Fairfield County
433 Meadow Street
Fairfield, CT 06824


Icynene, Corp.
Dept. #920
PO Box 8000
Buffalo, NY 14267

IDI Distributors Inc.
PO Box 581279
Minneapolis, MN 55458


Insul-Mart, LLC
Service Partners LLC
PO Box 2676
Mechanicsville, VA 23111


Insulation Distributors Inc.
8303 Audobon Road
Chanhassen, MN 55317


Jacob Kaelber
PO Box 5009
Poughkeepsie, NY 12601


Kamco
PO Box 530
Wallingford, CT 06492


Kelley Drye & Warren LLP
Attn: Treasurer's Dept.
101 Park Avenue
New York, NY 10178


Lowe's Commercial Services
PO Box 530954
Atlanta, GA 30353


Maxwell Systems Inc.
PO Box 822338
Philadelphia, PA 19182


MCC Equipment & Service Center
7301 Georgetown Road, Ste 210
Indianapolis, IN 46268


Milford Barrel Co. Inc.
100 Warwick St
New Haven, CT 06513

ModSpace
12603 Collections Center Dr.
Chicago, IL 60693


Mystic Air Quality Consultants
1204 North Rd
Groton, CT 06340


National Vinyl LLC
7 Coburn St
Chicopee, MA 01013


New York State Insurance
Fund Worker's Compensation
PO Box 5262
Binghamton, NY 13902


Niagara Conservation Corp
4200 Diplomacy Rd
Fort Worth, TX 76155


Northern Safety Industrial
PO Box 4250
Utica, NY 13504


Peerless Insurance
PO Box 20561
Keene, NH 03431


Pen Tel
11 Silver Birch Lane
Clinton, CT 06413


Pete's Tire Barn Inc
275 East Main Street
Orange, CT 06477


R & L Carriers, Inc
PO Box 10020
Port William, OH 45164

RBS Citizen, NA
PO Box 42113
Providence, RI 02940


RIPC
36 Armand Way
Hope, RI 02831


RIS
10-C Street, Suite 158
Auburn, MA 01501


Robert J. Lackaye
15 Davis Ave, Suite 2
Poughkeepsie, NY 12603


Ron's Automotive Center Inc.
22 Thomaston Road
Litchfield, CT 06759


S C G
PO Box 9112
Chelsea, MA 02150


St Francis Hospital-Torrington
675 Tower Avenue, Suite 404B
Hartford, CT 06112


St. Vincent's Immediate Health
Centers
4600 Main Street
Bridgeport, CT 06606


Staple's Business Advantage
Dept BOS
PO Boc 415256
Boston, MA 02241


Suburban Propane
PO Box G
Whippany, NJ 07981

Superior Plus Construction
Products
PO Box 3625
Philadelphia, PA 19175


Sure-Bright Enterprises, Inc.
PO Box 196
Oakdale, CT 06370


Tax Collector - Norwalk
City of Norwalk
125 East Avenue
Norwalk, CT 06851


Tax Collector - Waterford
Town of Waterford
15 Rope Ferry Lane
Waterford, CT 06385


Tax Collector - Waterford
15 Rope Ferry Rd
Waterford, CT 06385


TDBank
Operations Center
PO Box 8400
Lewiston, ME 04243


The General Repair LLC
1069 Connecticut Avenue
Bridgeport, CT 06607


Tires Plus LLC
Lightning Lube Center
252 Flanders Road
Niantic, CT 06357


Torrington Water Company
PO Box 867
Torrington, CT 06790


Tripolymer, Inc.
1824 Cherie Lane
North Fort Myers, FL 33917

United Rentals
Credit Office #214
PO Box 100711
Atlanta, GA 30384


USA Hauling and Recycle
PO Box 808
East Windsor, CT 06088


Visco
7 Victory Ave
Johnston, RI 02919


Webster Bank
PO Box 1809
Hartford, CT 06144


Wells Fargo Equipment Finance
NW-8178
PO Box 1450
Minneapolis, MN 55485


WR CT Avenue, LLC
656 Center Park Avenue
Yonkers, NY 10704